| United States Bankruptcy Court | **INVOLUNTARY PETITION** |
|---|---|
| Northern District of Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Gilmart, Ltd., an Illinois corporation | |

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) 36-3687626 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
| 5050 South Archer Avenue<br>Chicago, Illinois 60632 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Cook | Zip Code |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual         ☐ Stockbroker
☐ Partnership        ☐ Railroad
☑ Corporation        ☐ Health Care Business
☐ Clearing Bank      ☐ Commodity Broker
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)    COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor  Gilmart, Ltd., an Illinois corporation

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)
Byrne, Byrne & Company      9-1-06
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Clyde Patterson, Vice President

X _[signature]_  9/20/06
Signature of Attorney                          Date
Kelleher & Buckley, LLC
Name of Attorney Firm (If any)
231 W. Main Street, Barrington, IL 60010
Address
847-382-9130
Telephone No.

X _[signature]_
Signature of Petitioner or Representative (State title)
Lowell International Company  9-8-06
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 9234 W. Belmont, Franklin Park, Illinois 60131
Conrad Lowell, President

X _[signature]_  9/20/06
Signature of Attorney                          Date
Kelleher & Buckley, LLC
Name of Attorney Firm (If any)
231 W. Main Street, Barrington, IL 60010
Address
847-382-9130
Telephone No.

X _[signature]_
Signature of Petitioner or Representative (State title)
Eagle Distributors, Inc.    9-15-06
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 5632 N. Northwest Hwy, Chicago, IL 60646
Walter Podmanski, President

X _[signature]_  9/20/06
Signature of Attorney                          Date
Kelleher & Buckley, LLC
Name of Attorney Firm (If any)
231 W. Main Street, Barrington, IL 60010
Address
847-382-9130
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bryne, Byrne and Company  120 S. LaSalle Street, Chicago, IL 60603 | Insurance premiums | $31,088 |
| Lowell International Company  9234 W. Belmont, Franklin Park, IL 60131 | Supplier of Inventory | $59,719.70 |
| Eagle Distributors, Inc.  5632 N. Northwest Hwy, Chicago, IL 60646 | Supplier of Inventory | $146,566.20 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $237,373.90 |

_____ continuation sheets attached