IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GILMART, LTD., an Illinois Corporation, | ) ) ) | Case No.: 06 B 11827 |
| | ) ) | Hon. Susan Sonderby |

### ORDER ON CHAPTER 11 TRUSTEE'S OBJECTION TO CLAIMS

This matter having come before the Court on the Chapter 11 Trustee's Objection to Claims Pursuant to 11 U.S.C. §§ 105(a) and 502(b) and Fed. R. Bankr. P. 3007 (the "Objection"); the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court finding that the relief requested in the Objection is authorized, appropriate, and in the best interests of the Debtor,[1] its estate, its creditors and other parties in interest; it appearing that due and proper notice of the Objection has been given and that no further notice of the Objection is necessary under the circumstances; and the Court having been fully advised;

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to 11 U.S.C. §§ 105(a) and 502(b), and Fed. R. Bankr. P. 3007, the Claims listed on Exhibit A attached hereto shall be disallowed in their entirety.

2. This Court shall retain jurisdiction over the Debtor and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the implementation of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

CHICAGO/#1696515.3

3. This Order is a final Order within the meaning of 28 U.S.C. § 157 and this Order is effective immediately.

Dated: Chicago, Illinois
November 14, 2007

United States Bankruptcy Judge

## EXHIBIT A

| Creditor Name/Address | Claim Number | Total Claim Dollars |
|---|---|---|
| Joseph Fenech, Fenech, Pachulski & Welgat, P.C. 1656 Imperial Cir., Ste. 100 Naperville, IL 60563 | Scheduled | $100,000.00 |
| Internal Revenue Service 230 S. Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | Scheduled | $450,000.00 |